LEONARD CARDER LLP
**Shawn C. Groff** (SBN 248022)
sgroff@leonardcarder.com
**Mollie Simons** (SBN 285363)
msimons@leonardcarder.com
**Drew G. Stark** (SBN 287921)
dstark@leonardcarder.com
1999 Harrison Street, Suite 2700
Oakland, CA 94612
Tel: 510-272-0169
Fax: 510-272-0174

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO CULINARY, BARTENDERS AND SERVICE EMPLOYEES PENSION PLAN,<br><br>and<br><br>ROBERT BERGER, MICHAEL CASEY, TINA CHEN, DOUGLAS CORNFORD, GREG TALBOT, DEAN LEHR, ANAND SINGH, and KIM WIRSHING, in their capacities as Trustees of the San Francisco Culinary, Bartenders and Service Employees Pension Plan and Fund,<br><br>Plaintiffs,<br><br>v.<br><br>SH SFW, LLC a unit of Fillmore Hospitality Corp.<br><br>Defendant. | Case No. 22-cv-04338-DMR<br><br>**ORDER GRANTING STIPULATION TO STAY**<br><br>Magistrate Judge Donna M. Ryu |

Having considered the Stipulation to, and for good cause appearing, the Court hereby orders as follows:

1. This matter shall be stayed until September 30, 2022.

2. Defendant shall answer or otherwise respond by October 7, 2022.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

Dated: August 18, 2022

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE